IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

    Plaintiff

vs.                                  CASE NO. 3:03-CV-444-RV/MD

RON MCNESBY, in his official capacity
as Sheriff for Escambia County, Florida; and
DENNIS M. WILLIAMS, in his official capacity
as Director of the Escambia County Detention
Facility,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO DISMISS SUIT

The Plaintiff, ADVOCACY CENTER FOR PERSONS WITH DISABILITIES, INC., through its undersigned counsel respectfully requests an Order be entered granting its request that the above captioned matter be dismissed as to DENNIS M. WILLIAMS with prejudice and as to RON MCNESBY without prejudice. As grounds therefor, the following is stated:

1.    The Parties have mutually resolved their dispute, and there no longer exists a case or controversy requiring a resolution by this Court.

2.    The Parties have additionally agreed to bear their own costs and fees.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2004 JAN -8 PM 1:53

FILED

3.  The undersigned has presented this Motion to opposing counsel and is authorized to represent that the Defendants concur that this matter should be dismissed with prejudice as to Dennis M. Williams and without prejudice as to Ron McNesby.

WHEREFORE, the Plaintiff respectfully requests an Order granting this Motion to Dismiss.

Respectfully submitted,

GORDON B. SCOTT
Fla. Bar No. 112860
Advocacy Center for Persons
 With Disabilities, Inc.
2671 Executive Center Circle, W.
Suite 100
Tallahassee, FL 32301
(850) 488-9071
(850) 488-8640   fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by U.S. Mail to John W. Jolly, Jr. Esq., Jolly & Peterson, P.A., Post Office Box 37400, Tallahassee, Florida 32315, on this 7th day of January, 2004.

Gordon B. Scott
Attorney for the Plaintiff